# Order

Michigan Supreme Court
Lansing, Michigan

June 28, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

140929(65)(69)

HOWELL EDUCATION ASSOCIATION
MEA/NEA, DOUG NORTON, JEFF HUGHEY,
JOHNSON McDOWELL, and BARBARA
CAMERON,
          Plaintiffs-Appellees,

v

          SC: 140929
          COA: 288977
          Livingston CC: 07-022850-CK

HOWELL BOARD OF EDUCATION and
HOWELL PUBLIC SCHOOLS,
          Defendants,

and

ERIC ROTHOFF,
          Intervenor-Appellant.
_____/

On order of the Court, the motion to strike is DENIED. The motion for reconsideration of this Court's December 29, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

YOUNG, C.J. (*dissenting*).

I would grant reconsideration and, upon reconsideration, grant leave to appeal. This is an important case for the jurisprudence of this state, implicating principles of standing and the statutory interpretation of the Freedom of Information Act, and the bench and bar would benefit from a decision of this Court following full briefing and oral argument.

MARKMAN, J., would grant the motion for reconsideration and, on reconsideration, would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 28, 2011

Clerk

d0620